Your Name: James Ellis Johnson
Address: 1819 Golden Gate Ave. #12 S.F, CA 94115
Phone Number: 415-624-5011
Fax Number: 415-563-1975
E-mail Address: jamesellisjohnson@att.net
Pro Se Plaintiff

FILED
MAY 01 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV23-2110 DMR

| | |
|---|---|
| James Ellis Johnson<br><br>Plaintiff,<br><br>vs.<br>City And County Of<br>San Francisco<br><br>Defendant. | Case Number<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br>Yes [X] No [ ] |

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*],

Name: James Ellis Johnson
Address: 1819 Golden Gate Ave #12, San Francisco, CA 94115
Telephone: 415-624-5011

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: City Attorney

Address: Fox Plaza, 1390 Market St., 7th Floor, San Francisco Ca. 94102-5408

Telephone: 415-554-3926

Defendant 2:

Name:

Address:

Telephone:

Defendant 3:

Name:

Address:

Telephone:

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] Discrimination(Civil Rights, Accessories before the facts, to Assault, Battery, Attempled Murders, Libel Slsnder, Deffamation, Negligence, and Fraud

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

[X] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in San Francisco County, it should be assigned to the San Francisco, Oakland Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

6 The illegal entree into my home dates back to 1992 the the begaining. I have had to fight for my home from the very begaining. But the attacks on me that became life threading began in Dec. 2015. When I filed with the rent board against Greentree Property Management. I was attacked while sleeping

in my bed, I was hit in the neck. What surprised me the most was that both V.A. Hospital's ER's covered up my injury.

7. I don't believe I called the police, but there is a record of this. Nor do I believe, I called the police the following year when on 4th of July 2016, when Oxycodone was put in some greens that I cooked. I don't know why, but I believe, the police believed that I was hooked on Oxycodone.

8. The police believed that I was craze, and tolded the other tenant's in the building that I, was craze. Allowed a former tenant who lived in the building to get away with fabricating a police report because they knew her, because she worked for the city. I I was in the bed sleep, the hour was late. I got up open the door and there was 7 policemen standing in front of me. From that day to this. I believed the police would never help me. Because the olny person they wantee to put in jail was me.

9. For the last 25 years the San Francisco Police, when I called them for help, came listen to what I had to say. Gave me a San Francisco Police Department Reportee Follow-Up and left. And what was happening to me, the damage to my property, just went on and on. On Oct. 28, 2020, at 5:00 am the day after I filed a writ in in Superior Court. I was attacked while sleeping in my bed. I was hit in the lower back, so hard it undid my July 2014 back surgery, The ER at VA San Francisco tryed to cover it up, did nothing for me The following day because of the pain. I called 911, and was taken to California Pacific Hospital. They gave me the care VA San Francisco, refused me, and documented my new injury. I called Police they gave me a reportee follow-up with a Case number, and left. This was clearly Discrimination.

10. I made a doctor's appointment to see nome VA back surgeon. The date was 12/21/2020. When I got to my truck it was not there it had been taken. Someone did not want Plaitiff to keep this doctor's appointment. But 4 days before that 12/16/2020, the police came to my building and called plaintiff on the building phone. They asked Plaintiff to come down and talk to them. I asked if they came to arrest me , they said no. Plaintiff did not go down but talked to the police woman on the phone. Plaiff did not find out till later why they came, but the talk ended and they left.

11. On 17 Dec. 2020, I get a phone call from VA Dr. Jesse Ikeme who said the San Francisco Police had just called him and said I said, I was going to shoot the police. Plaintiff never said this this was slander, and deffamation. Plaintff called the Police woman, he had talked to, she agreed Plaintiff had never said this, Plaintiff did not know at this time, that there was more to this.

12. Plaintiff believes that the city police and Greentree Property Management played a role in the taking of Plaintiff's truck. It is 100% clear that the San Farcisco Police had Plaintiff's missing truck in there tow yard the day that plaintiff reported it missing. But for 8 days in a role, they denied that they had it. This was thief by police.

13. In late May 2021, I reguested copies of my medical records from VA San Francisco. After talking to Edward C. Singer Jr. Attorney for Greentree Property Management, who stated I had three Restraining Orders. I went to the court and got copies of them It was not Plaintiff, but a city employee with the same name James Johnson. My name is James Ellis Johnson. When the police came to my home on 16 Dec. 2020 there paper work had them

saying this person was, Plaintiff, when they knew this James Johnson was in there jail. They were going to force Plaintiff to do a 5150. This was Negligence, and Fraud.

14. After Plaintiff reviewed his medical records. Plaintiff made a request to the freedom of information, for copies of all records showing contact with my building manager, the San Francisco Polce Department, and the VA San Francisco Medical Center. What these records showed, documented is that there was conspiracy to lie, and fabricate, to take Plaintiff's constitutioal rights to bear arms away from him. Is the James Johnson with the three Restraining Orders, Plaintiff yes or no?

15. Let be clear a Sa Francisco Police Offier, call V.A. San Francioco's, Dr. Jesse Ikeme, and said Plaintiff was going to shoot the Police, this was writen into Plaintiff's hospital recards. Lt Molina from the San Francisco Police Department told VA San Francisco that Plaintiff was going to shoot any one who enters his room. Lets be clear James Johnson may live in a hotel and live in a room. But James Ellis Johnson has never lived in a hotel in his life. The Police is telling the hospital he is not being charged at this time. If that is true then why did Lt. Molina tell Sandy Folker on 12/17/2020" that patient was threating to use, firearms, against People in the community. Fact undeniable fact this was in a Feberal National computer, from 12/17/2020 to 02/09/2021. "Urgent alert was removed from PRF language. DBC and the patient's current treatment team do not find evidence to support immediate danger to self or others at this time. So what are they saying. Because we can all agree, that anyone saying threatening to use firearms against people in the community, has

committed a craim. So is the V.A. saying the that the San Francisco Police Department lied to them. Well they did say, they did not find evidence to support immiediate danger to self or others". The hospital was tolded it was not true. But no one told the community it was not true (see Pl. Ex. #1).

17. From 17 Dec. 2020, to Nov. 4, 2020 Plaintiff has been attacked in his apartment in his bed 10 to 14 times. The V.A. Police, said to the San Francisco Police, that he believed two of the attackes were contract hits. The last attack was on a city bus, can the city tell us why it erased the flim of the attack. Is it because, there are city employee's that are part of this?

**CLAIMS**

**First Claim**

*(Name the law or right violated:* Accessories before the fact to, Assault, Battery, Attempled Murders, Negligence, and Fraud )

*(Name the defendants who violated it:* City and County of San Francisco )

*[Explain briefly here* *what* *the law is,* *what each* *defendant did to violate it, and* *how* *you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]*

1. To use a person that the defendant's had in Jail, and say it was Plaintiff makes them Accessories before the fact to Assault, Battery, Attempled Murders

2. It was Negligence, and Fraud to say, and present to others, that Plaintiff had three Restraining Orders, when in fact it was not true.

3. 

4. 

5. 

//

**Second** Claim

(*Name the law or right violated:* Discrimination(civil rights), Slander, Deffamution, Libel)

(*Name the defendants who violated it:* City and County of San Francisco)

1. To say are to believe, that a person has a degree of mental illness, dose not give one cause to deni them help for 25 yaers. When it is your job to do so. That is discrimination, a civil rights violation.

2. Why would you say to someone he's threatening to shoot the Police. He's threatening to use firearms against people in the community with out allowing the person to answer, with out informing the person. That's Slander, Deffamation, and that makes the Defendant's Libel.

4.

5.

6.

**DEMAND FOR RELIEF**

$250,000,000, Paid for court costs, Paid medical care for the rest of my life.

Respectfully submitted,

Date: May 1, 2023 Sign Name: [signature]

Print Name: James Ellis Johnson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he is causing a copy of the following: **Plaintiff's Complaint**

To be served this date upon the party in this action by placing a true copy thereof in a sealed envelope and served as follows:

___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in designated area for outgoing U.S. mail in accordance with this office's practice.

✓ **PERSONAL SERVICE (BY MESSENGER)**

___ **FEDERAL EXPRESS via Priority Overnight**

___ **FACSIMILE (FAX)** telephone No.: See Below

to the party(ies) as follows:

**To David Chiu, City Attorney**
**Fox Plaza**
**1390 Market Street, 7th Floor**
**San Francisco Ca. 94102-5408**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 1, 2023, at San Francisco, California.

by [signature]
James Ellis Johnson
Plaintiff